UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
13 MAY 14 PM 12: 15
CLERK
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

JOHN ANDREW WELDEN

CASE NO. 8:13-cr- 252 T 26 TBM

18 U.S.C. § 1365(a)
18 U.S.C. § 1841
18 U.S.C. § 1111(a)

INDICTMENT   SEALED

The Grand Jury charges:

COUNT ONE

On or about March 29, 2013, in the Middle District of Florida, the defendant,

JOHN ANDREW WELDEN,

with reckless disregard for the risk that another person would be placed in danger of death or bodily injury, and under circumstances manifesting extreme indifference to such risk, did tamper with a consumer product that affected interstate or foreign commerce, specifically, Misoprostol (Cytotec), by removing, altering, and obliterating the identifiers from the product, and with the labeling of and container for such a product, by placing a label with the name of an individual (R.L.) and a label with the name of a different medicine (Amoxicillin) on the container for the product, resulting in serious bodily injury to an individual (R.L.).

In violation of Title 18, United States Code, Section 1365(a).



## COUNT TWO

On or about March 29, 2013, in the Middle District of Florida, the defendant,

JOHN ANDREW WELDEN,

did engage in conduct that violated Title 18, United States Code, Section 1365(a), as charged in Count One of the Indictment, that is, with reckless disregard for the risk that another person would be placed in danger of death or bodily injury, and under circumstances manifesting extreme indifference to such risk, did attempt to tamper with and did tamper with a consumer product that affected interstate or foreign commerce, specifically, Misoprostol (Cytotec), by removing, altering, and obliterating the identifiers from the product, and with the labeling of and container for such a product, by placing a label with the name of an individual (R.L.) and a label with the name of a different medicine (Amoxicillin) on the container for the product, and thereby intentionally caused the death of, and intentionally attempted to kill and did kill, the unborn child in utero of R.L.

In violation of Title 18, United States Code, Sections 1841 and 1111(a).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
W. STEPHEN MULDROW
Assistant United States Attorney
Chief, General Crimes Section

By: _____
A. LEE BENTLEY, III
Chief, Criminal Division
First Assistant U.S. Attorney

2

FORM OBD-34
APR 1991

No.   8:13-cr-

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

JOHN ANDREW WELDEN

## INDICTMENT

Violations:

18 U.S.C. § 1365(a)
18 U.S.C. §§ 1841 and 1111(a)

A true bill,

_____
Foreperson

Filed in open court this 14th day of May 2013.

_____
Clerk

Bail  $_____

FILED
13 MAY 14  PM 12:15
MIDDLE DISTRICT COURT
TAMPA, FLORIDA

GPO 863 525

T:\_Criminal Cases\W\WELDEN, John A._2013R01033_wsm\f_Indictment Back.wpd