UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 8:13-CR-252-T-26 TBM |
| | : | |
| JOHN ANDREW WELDEN | : | |

**UNITED STATES' RESPONSE TO COURT'S ORDER
REGARDING INTENTION TO PURSUE REVOCATION OF
PRETRIAL RELEASE ORDER AND NOTICE CORRECTING
IDENTITY OF SPEAKER ON RECORDED JAIL CALL**

COMES NOW the United States of America, by and through its representative, the undersigned Assistant United States Attorney, and submits the instant response in accordance with this Court's Order (Doc. 45) directing the United States to advise the Court of its intention with respect to pursuing the request for review and revocation of the release order in this case.

After further consideration and discussion with the victim in this case, the United States hereby advises the Court that the United States does not intend to pursue the motion for review of the release order in this case. Therefore, the United States hereby withdraws its "Motion for Review and Revocation of Order of Pre-Trial Release" (Doc. 41).

In addition, based on information received by the undersigned Assistant U.S. Attorney following the July 1, 2013, hearing, the United States now understands that the person speaking with the Defendant during a specific recorded jail conversation presented to the Court was misidentified by the United States as being Lenora Welden. The United States submits that it is appropriate and necessary to advise the Court of this issue and to correct the record.

Specifically, the following conversation described in the United States' response to Defendant's motion for bail as having taken place on May 27, 2013, at approximately 10:13 p.m., involved the Defendant talking to a woman who was <u>not</u> Lenora Welden.

| | |
|---|---|
| Female: | She won't get away with it. Listen to me. She will not get away with this. She will not. If I have to go on tv myself, honey. She will not get away with this. She is lying. |
| Defendant: | I'm just ... maybe I'm just frustrated. |
| Female: | She is lying. I know, I know. She is lying. You think we're not. I wanna tear her head off. |
| Defendant: | I know but. It's ... whatever. I wonder if because of all the slander if there's anything I can ever do to ... |

2

WHEREFORE, for the reasons set forth above, the United States respectfully requests that the Court take notice of the above.

                                              Respectfully submitted,

                                              ROBERT E. O'NEILL
                                              United States Attorney

By:    s/*W. Stephen Muldrow*
         W. STEPHEN MULDROW
         Assistant United States Attorney
         USA No. 078
         United States Attorney's Office
         400 North Tampa Street, Suite 3200
         Tampa, Florida 33602
         Telephone:   (813) 274-6000
         Facsimile:    (813) 274-6178
         E-mail: w.stephen.muldrow@usdoj.gov

<u>U.S. v. WELDEN</u>     Case No. 8:13-CR-252-T-26TBM

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Todd Alan Foster, Esquire
>tfoster@tfosterlaw.com
>
>Bobbi Madonna, Esquire
>bmadonna@tfosterlaw.com
>
>Thomas A. Burns, Esquire
>tburns@burnslawpa.com

>*s/ W. Stephen Muldrow*
>W. STEPHEN MULDROW
>Assistant United States Attorney
>USA No. 078
>400 North Tampa Street, Suite 3200
>Tampa, Florida  33602
>Telephone:   (813) 274-6000
>Facsimile:    (813) 274-6178
>E-mail: w.stephen.muldrow@usdoj.gov