UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),
    Government

Case No: 8:13-CR-00252-RAL-TBM

v.

JOHN ANDREW WELDEN,

                                    Evidentiary
                                    Trial
    Defendant(s),   X                   X  Other

### DEFENDANT'S EXHIBIT LIST FOR BOND MOTION HEARING

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 17 | | 6/20/13 | | Affidavit of Dr. Rebecca Allen with attached Cirriculum Vitae |
| 18 | | 6/20/13 | | Article from the International Journal of Gynecology & Obstetrics entitled 'Misoprostol for the termination of pregnancy up to 12 weeks of completed pregnancy' |
| 19 | | 6/20/13 | | 2 Pages from World Health Organization Publication entitled 'Safe Abortion: Technical and Policy Guidance for Health Systems, 2nd edition' |
| 20 | | 6/20/13 | | Dr. Stephen Welden Progress Note re: Remee Lee dated April 1, 2013 |
| 21 | | 6/20/13 | | Sunlake Pharmacy Misoprostol Information Sheet/Prescription referencing 200mcg dosage |
| 22 | | 6/20/13 | | Recorded Statement of R.L. transcribed by HCSO dated March 31, 2013 |

| | | | | |
|---|---|---|---|---|
| 23 | | 6/20/13 | | Photos of Pill Bottles Labeled 'Amoxicillin' |
| 24 | | 6/20/13 | | Tampa General Hospital Medical Note dated March 31, 2013 *underseal* |
| 25 | | 6/20/13 | | News Article concerning Gil Sanchez's Press Conference |
| | | | | |
| | | | | |
| | | | | |
| | | | | |