UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff, __
    Government _X_

v.

    Case No. 8:13-CR-252-T-26 TBM

JOHN ANDREW WELDEN

    __ Evidentiary
    __ Trial
    _X_ Other (Bail Hearing)

    Defendant __

## EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
|  |  | ~~6/20/13~~ |  |  |
| 1 |  | 6/20/13 |  | Transcript of Recorded Telephone Conversation between Defendant and Lee on March 31, 2013. |
| 2 |  | 6/20/13 |  | Transcript of Recorded, Non-Custodial interview of the Defendant by HCSO detectives. |
| 3 |  | 6/20/13 |  | Transcript of Recorded Interview of Dr. Welden |
| 4 |  | 6/20/13 |  | CD containing portions of recorded conversations of the Defendant at the Pinellas County Jail as described in the United States' Response to Defendant's Motion for Pretrial Release |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff, __
    Government X

v.

JOHN ANDREW WELDEN

    Defendant __

Case No. 8:13-CR-252-T-26 TBM

__ Evidentiary
__ Trial
X Other (Bail Hearing)

### EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | 6/20/13 | | Transcript of Recorded Telephone Conversation between Defendant and Lee on March 31, 2013. |
| 2 | | 6/20/13 | | Transcript of Recorded, Non-Custodial interview of the Defendant by HCSO detectives. |
| 3 | | 6/20/13 | | Transcript of Recorded Interview of Dr. Welden |
| 4 | | 6/20/13 | | CD containing portions of recorded conversations of the Defendant at the Pinellas County Jail as described in the United States' Response to Defendant's Motion for Pretrial Release |