FILED

13 SEP -6 PM 3: 52

CLERK
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

JOHN ANDREW WELDEN

CASE NO. 8:13-cr-252-T-26 TBM

18 U.S.C. § 1365(a)(4)
18 U.S.C. § 371

## SUPERSEDING INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about March 29, 2013, in the Middle District of Florida, the defendant,

JOHN ANDREW WELDEN,

with reckless disregard for the risk that another person would be placed in danger of death and bodily injury, and under circumstances manifesting extreme indifference to such risk, did attempt to tamper with and did tamper with a consumer product that affected interstate or foreign commerce, and with the labeling of, and container for, such product, that is, Misoprostol (brand name Cytotec), by removing, altering, and obliterating the identifiers on the product, by placing labels with the name of an individual (R.L.) and the name of a different medicine (Amoxicillin) on the container for the product, which resulted in bodily injury to an individual (R.L.).

In violation of Title 18, United States Code, Sections 1365(a)(4) and 2.

## COUNT TWO

From on or about March 27 through and including March 29, 2013, in the Middle District of Florida, and elsewhere, the defendant,

JOHN ANDREW WELDEN,

knowingly and willfully did combine, conspire, confederate and agree, with an unindicted co-conspirator (UCC), to commit certain offenses against the United States, specifically, to devise and intend to devise a scheme and artifice to defraud and for obtaining property by means of materially false and fraudulent pretenses, representations, and promises, utilizing a private and commercial interstate carrier, in violation of Title 18, United States Code, Section 1341.

### Manner and Means of the Conspiracy

1. It was a part of the conspiracy that the defendant would and did seek to obtain and did obtain, through false and fraudulent pretenses and representations, certain property from a pharmacy located in the Middle District of Florida (hereinafter the Pharmacy), in order to further and facilitate the offense charged in Count One of this Superseding Information.

2. It was a further part of the conspiracy that the defendant would and did seek to obtain and did obtain, through false and fraudulent pretenses and representations, including the use of a forged prescription, a prescription drug, Misoprostol (brand name Cytotec), from the Pharmacy.

3. It was a further part of the conspiracy that the defendant would and did solicit and did receive the assistance of an employee of the Pharmacy, described herein as the UCC, in carrying out the fraudulent scheme.

4. It was a further part of the conspiracy that the defendant would and did cause the mailing, in interstate commerce by a private or commercial interstate carrier, of the Misoprostol (Cytotec), which was sent and delivered by Federal Express from Michigan to the Middle District of Florida.

5. It was a further part of the conspiracy that the defendant would and did seek to obtain from the UCC a false and fraudulent prescription label from the Pharmacy in the name of R.L. (the victim described in Count One of this Superseding Information).

6. It was a further part of the conspiracy that the UCC would and did create the requested false and fraudulent prescription label from the Pharmacy and did provide said label (along with an empty pill bottle) to the defendant.

7. It was a further part of the conspiracy that conspirators would and did conceal, misrepresent, and hide, and cause to be concealed, misrepresented, and hidden, the purpose of acts performed in furtherance of the conspiracy.

### Overt Acts

8. In furtherance of the conspiracy and to effectuate the objects thereof, the following overt acts, among others, were committed within the Middle District of Florida.

3

9. On March 27, 2013, the defendant spoke with the UCC by telephone and placed an order for Misoprostol (Cytotec) with a pharmaceutical company located in Michigan, which order the UCC then arranged and caused to be delivered to the Pharmacy.

10. On March 28, 2013, the Michigan pharmaceutical company sent the Misoprostol (Cytotec) to the Pharmacy in the Middle District of Florida by Federal Express.

11. On March 29, 2013, the defendant provided the UCC with a prescription in the defendant's own name for Misoprostol (Cytotec), which prescription the defendant had forged using the signature of his father, who is a medical doctor.

12. On March 29, 2013, the UCC processed the false and fraudulent prescription in the defendant's own name at the Pharmacy.

13. On March 29, 2013, the UCC input the name of R.L. into the computer system of the Pharmacy, which created the false and fraudulent appearance that R.L. was a customer of the Pharmacy and enabled the UCC to print a false and fraudulent prescription label in the name of R.L.

14. On March 29, 2013, the UCC printed the false and fraudulent prescription label from the Pharmacy in the name of R.L., along with instructions for the taking by R.L. of a medication not specified on the label.

15. On March 29, 2013, the UCC provided the false and fraudulent prescription label in the name of R.L. and an empty pill bottle to the defendant.

16. On March 29, 2013, the defendant affixed another label which the defendant created reading "Amoxicillin 125mg oral tablets" to the false Pharmacy prescription label and empty pill bottle provided by the UCC.

17. On March 29, 2013, the defendant picked up the Misoprostol (Cytotec) pills from the Pharmacy, and placed some of those pills in the pill bottle bearing the false Pharmacy label provided by the UCC and the false "Amoxicillin" label.

18. On March 29, 2013, the defendant gave the Misoprostol (Cytotec) pills, in the pill bottle bearing the two false and fraudulent labels, to an individual (R.L.).

All in violation of Title 18, United States Code, Section 371.

A. LEE BENTLEY, III
Acting United States Attorney

By: _____
W. STEPHEN MULDROW
First Assistant United States Attorney

By: _____
JOSEPHINE W. THOMAS
Assistant United States Attorney

By: _____
RACHELLE DESVAUX BEDKE
Assistant United States Attorney
Chief, Criminal Division (South)