UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA          :
                                  :
         v.                       :     CASE NO. 8:13-CR-252-T-26 TBM
                                  :
JOHN ANDREW WELDEN                :

**UNITED STATES EMERGENCY MOTION
TO CONTINUE THE SENTENCING HEARING**

COMES NOW the United States of America, by and through its representative, the undersigned Assistant United States Attorney, and respectfully moves the Court for an Order continuing the sentencing hearing, which is currently scheduled for 9:30 a.m. on Tuesday, December 10, 2013.  In support of this request, the United States states as follows:

The sentencing hearing in this case is currently scheduled for December 10, 2013.  On the afternoon of Friday, December 6, 2013, the Court issued an Order (Doc. 89) setting forth its concerns with respect to the factual basis underlying the parties' joint stipulations and agreements regarding certain facts and applicable sentencing guidelines.  Of particular significance is the issue relating to bodily injury of the victim and causation relating to the death of the unborn child.  With respect to those issues, the United States has forwarded to the United States Probation Officer assigned to this case a report that was recently received by the United States from an expert witness retained by the United

1

States, as well as the curriculum vitae of that witness. The United States submits that the information and expert opinions set forth in that report would fully support the parties' stipulations and recommendations and would provide the Court with a true factual basis to support them. However, the defense has not had an opportunity to fully review the United States' expert witness report or discuss it with the Defendant.

Further, the United States' expert witness who prepared the report is not available to testify on December 10, 2013. Furthermore, although the victim in this case is expected to address the Court at the sentencing hearing, the United States did not intend to present her testimony on the issues of her injuries as it was not considered to be in dispute. The United States would, therefore, need additional time to meet with the victim and submit additional materials to further support the parties' recommendations and stipulations. The undersigned Assistant U.S. Attorney also has a planned family vacation to New York from Saturday, December 7 to the evening of Monday, December 9, 2013.

The United States has discussed the instant request for a continuance with Counsel for the Defendant. However, because of the short time period from the receipt of the Court's Order prompting this motion and the filing of the motion, the defense was not in position to consult with the Defendant and provide his position prior to the filing of this motion.

In light of the above, the United States respectfully requests that the Court continue the December 10th sentencing hearing.  The United States further requests that the Court schedule a status conference in this case for December 12, 2013, at which time a sentencing hearing date may be set.   At the status hearing, the United States will be prepared with dates that its expert witness will be available to testify.

WHEREFORE, for the reasons set forth above, the United States respectfully requests that the Court grant the relief sought herein and for such other and further relief as is just and proper.

        Respectfully submitted,

        A.  LEE BENTLEY, III
        Acting United States Attorney

By:   s/*W. Stephen Muldrow*
        W. STEPHEN MULDROW
        Assistant United States Attorney
        USA No. 078
        United States Attorney's Office
        400 North Tampa Street, Suite 3200
        Tampa, Florida 33602
        Telephone:   (813) 274-6000
        Facsimile:    (813) 274-6178
        E-mail: w.stephen.muldrow@usdoj.gov

<u>U.S. v. WELDEN</u>     Case No. 8:13-CR-252-T-26 TBM

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Todd Alan Foster, Esquire
tfoster@tfosterlaw.com

Thomas A. Burns, Esquire
tburns@burnslawpa.com

Lyann Goudie, Esquire
lyann@goudiekohnlaw.com

                    By:     s/*W. Stephen Muldrow*
                            W. STEPHEN MULDROW
                            Assistant United States Attorney
                            USA No. 078
                            United States Attorney's Office
                            400 North Tampa Street, Suite 3200
                            Tampa, Florida 33602
                            Telephone:   (813) 274-6000
                            Facsimile:   (813) 274-6178
                            E-mail: w.stephen.muldrow@usdoj.gov