UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**,

    Plaintiff,                                           Case No.: 8:13-CR-252-T-26TBM

v.

**JOHN ANDREW WELDEN,**

    Defendant.

_____/

**DEFENDANT'S RESPONSE TO THE UNITED STATES' EMERGENCY MOTION TO CONTINUE THE SENTENCING HEARING**

COMES NOW, the Defendant, John Andrew Welden, by and through his undersigned counsel, and files this Response to the United States' Emergency Motion to Continue the Sentencing Hearing scheduled for 9:30 A.M. on Tuesday, December 10, 2013 and, in support thereof, the Defendant states as follows:

1. On December 6, 2013, the United States filed an Emergency Motion to Continue the Sentencing Hearing. (Doc. 90). Within the Motion, the Government indicated that defense counsel was not in a position to consult with the Defendant and co-counsel and to provide a position prior to the filing of the Motion to Continue. (Doc. 90).

2. The Defense has now consulted with the Defendant and respectfully objects to the Government's request to continue the sentencing hearing. As the Court is aware from the volume of letters received, the Defendant has a multitude of family members and friends who are supporting him in this matter. Many of these family members and friends live outside of the Tampa area and have already arrived into town. Some individuals purchased airline tickets in order to be present for the sentencing hearing at its currently scheduled time.

1

3.	Therefore, the Defense requests that the sentencing hearing not be stricken from the calendar and proceed at its currently scheduled date and time.

Dated: December 8, 2013

                              Respectfully submitted,

                              _/s/ Todd Foster_____
                              TODD FOSTER
                              Florida Bar No.: 0325198
                              tfoster@tfosterlaw.com
                              BOBBI MADONNA
                              Florida Bar No.: 0056265
                              bmadonna@tfosterlaw.com
                              **TODD FOSTER LAW GROUP**
                              1881 W. Kennedy Blvd.
                              Tampa, FL 33606
                              Phone:     813-229-7373
                              Facsimile: 813-280-9981

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing with the Clerk of United States District Court, using the CM/ECF System on this 8th day of December, 2013, which will send electronic notice to **W. Stephen Muldrow, AUSA**.

                              _/s/ Todd Foster_____
                              TODD FOSTER