UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - GENERAL**

---

CASE NO.   8:13-cr-00252-RAL-TBM                    DATE       12/9/2013

TITLE      United States of America   v.   John Andrew Welden

TIME       10:25 am -  10:45 am                    TOTAL    25 minutes

---

HONORABLE RICHARD A. LAZZARA          Courtroom Deputy:    Robin Korb

Court Reporter:   Lynann Nicely       Interpreter:   N/A

---

**Attorney for Plaintiff**                  **Attorney for Defendant**
W. Stephen Muldrow - via telephone          Bobbi Madonna
Josie Thomas                                Todd Alan Foster

---

PROCEEDINGS:       [90]    Emergency MOTION to Continue Sentencing

Court is called to order.

Court hears argument from counsel

Court **GRANTS** [90] Emergency Motion to Continue Sentencing.

Court sets Status Conference for Thursday, December 12, 2013 at 9:00 am

Defendant Orally Motions for Bond modification.  Court Orally **GRANTS** bond modification as stated on the record.